IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SARA LYNN DARNELL,<br><br>Defendant. | CR 15-13-GF-BMM-JTJ<br><br>**FINDINGS AND RECOMMENDATIONS** |

## I. Synopsis

Defendant Sara Lynn Darnell (Darnell) has been accused of violating the conditions of her supervised release. Darnell admitted that she had used methamphetamine on or about December 16, 2023. Darnell's supervised release should be revoked. Darnell should be placed in custody for 6 months, with 12 months of supervised release to follow.

## II. Status

Darnell pleaded guilty to Conspiracy to Possess Methamphetamine with Intent to Distribute Methamphetamine on April 9, 2015. (Doc. 25). The Court sentenced Darnell to 60 months of custody, followed by 4 years of supervised release. (Doc. 29). Darnell's current term of supervised release began on October 13, 2021. (Doc. 80 at 3).

**Petition**

The United States Probation Office filed a Petition on January 24, 2024, requesting that the Court revoke Darnell's supervised release. (Doc. 80). The Petition alleged that Darnell violated the conditions of her supervised release by using methamphetamine.

**Initial appearance**

Darnell appeared before the undersigned for her initial appearance on January 30, 2024. Darnell was represented by counsel. Darnell stated that she had read the petition and that she understood the allegations. Darnell waived her right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation hearing**

The Court conducted a revocation hearing on February 13, 2024. Darnell admitted that she had violated the conditions of his supervised release by using methamphetamine on or about December 16, 2023. The violation is serious and warrants revocation of Darnell's supervised release.

Darnell's violation is a Grade C violation. Darnell's criminal history category is III. Darnell's underlying offense is a Class B felony. Darnell could be incarcerated for up to 36 months. Darnell could be ordered to remain on

2

supervised release for up to 44 months, less any custody time imposed. The United States Sentencing Guidelines call for a term of custody of 5 to 11 months.

### III. Analysis

Darnell's supervised release should be revoked. Darnell should be incarcerated for 6 months, with 12 months of supervised release to follow. This sentence is sufficient but not greater than necessary. The supervised release conditions imposed previously should be continued.

### IV. Conclusion

The Court informed Darnell that the above sentence would be recommended to Chief United States District Judge Brian Morris. The Court also informed Darnell of her right to object to these Findings and Recommendations within 14 days of their issuance. The Court explained to Darnell that Judge Morris would consider a timely objection before making a final determination on whether to revoke her supervised release and what, if any, sanction to impose. Darnell stated that she wished to waive her right to object to these Findings and Recommendations, and that she wished to waive her right to allocute before Judge Morris.

The Court **FINDS:**

Sara Lynn Darnell violated the conditions of her supervised release by using methamphetamine on or about December 16, 2023.

The Court **RECOMMENDS:**

The District Court should revoke Darnell's supervised release and commit her to the custody of the United States Bureau of Prisons for 6 months, with 12 months of supervised release to follow.

### NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing. 28 U.S.C. § 636(b)(1). A district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district court judge, and may waive the right to appear and allocute before a district court judge.

DATED this 14th day of February, 2024.

John Johnston
United States Magistrate Judge