# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SARA LYNN DARNELL,<br><br>Defendant. | CR-15-13-GF-BMM<br><br><br><br>**ORDER** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on February 14, 2024. (Doc. 91.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on December 13, 2023. (Doc. 66.) The United States accused Sara Darnell (Darnell) of supervised release by using methamphetamine. (Doc. 80.)

At the revocation hearing, Darnell admitted that she had violated the conditions of her supervised release by using methamphetamine. (Doc. 90.) Judge

Johnston found that the violation proved to be serious and warranted revocation, and recommended that Darnell receive a custodial sentence of 6 months with 12 months of supervised release to follow. (Doc. 91.)  Darnell was advised of her right to appeal and her right to allocute before the undersigned and waived those rights. (Doc. 90.)  The violation proves serious and warrants revocation of Darnell's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 91) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant Sara Lynn Darnell be sentenced to the custody of the United States Bureau of Prisons for 6 months with 12 months of supervised release to follow.

DATED this 16th day of February, 2024.

_____
Brian Morris, Chief District Judge
United States District Court